**DAVIS WRIGHT TREMAINE LLP**

1   James P. Walsh, CSB. No. 184620
2   Michelle Fife, CSB. No. 240554
    DAVIS WRIGHT TREMAINE LLP
3   505 Montgomery Street, Suite 800
    San Francisco, California 94111-6533
4   Telephone: (415) 276-6500
    Facsimile: (415) 276-6599
5   Email:      budwalsh@dwt.com

6   Attorneys for Plaintiffs
7   ROBERT LARRY EDER, JUSTIN WESLEY YAGER, and BRYAN D. RANDALL

8                   **UNITED STATES DISTRICT COURT**

9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  ROBERT LARRY EDER, JUSTIN          )
    WESLEY YAGER, and BRYAN D.         )
11  RANDALL,                           )   No. C-07-0206-JSW
                                       )
12              Plaintiffs,            )   **[STIPULATED] REQUEST BY THE
                                       )   PARTIES FOR ORDER OF STAY OF
13      v.                             )   PROCEEDINGS**
                                       )
14  L. RYAN BRODDRICK, Director,       )
    California Department of Fish and Game; )
15  MICHAEL FLORES, President, California   )
    Fish and Game Commission; et al.,  )
16                                     )
                                       )
17              Defendants.            )
                                       )

18

19          Pursuant to Civil L.R. 7-12, the parties, through their undersigned counsel, stipulate as

20  follows:

21          1.      This case involves a constitutional challenge to an agency action by members of the

22  California Fish and Game Commission and the Director of the Department of Fish and Game

23  agency, in their individual capacities, for damages and other relief under the U.S. Constitution and

24  42 U.S.C. § 1983;

25          2.      Plaintiffs in this case have also filed a Petition for Administrative Mandamus Or

26  Mandate and Complaint for Declaratory and Injunctive Relief in the Superior Court for the State

27  of California, San Francisco County (Case No. 06-506862) against the California Fish and Game

28

                                         1

1  Commission and its members and the Director of the Department of Fish and Game, in their

2  official capacities, challenging the revocation of their State of California Dungeness crab permits;

3      3.    The parties agree that the case of *Gilbertson v. Albright*, 381 F.3d 965 (9th Cir.

4  2004) provides the basis for application of *Younger* abstention principles to this Federal case in

5  light of Plaintiffs pending state action and note that, in a prior case (Case No. C-06-06008 JSW),

6  this Court entered a dismissal of an injunctive action involving the same parties on the basis of

7  *Younger* abstention;

8      4.    The parties further agree that the ruling in *Gilbertson v. Albright* requires this Court

9  in this damages action to stay all further proceedings pending the outcome of the state action

10  referenced in paragaph 2, above, until all state court proceedings are finished.

11      5.    Therefore, the parties hereby stipulate and request that that all further proceedings

12  in this case be stayed pending further order of this Court.

Date: Feb. 23, 2007        /s/ James P. Walsh
James P. Walsh
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
Counsel for Plaintiffs

Date: Feb. 23, 2007        /s/ Peter K. Southworth
Peter K. Southworth
State of California Attorney General's Office
1300 I Street, Suite 1510
Sacramento, CA 95814-2919
Counsel for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: February 28, 2007

Hon. Jeffrey S. White

DAVIS WRIGHT TREMAINE LLP

2
[STIPULATED] REQUEST FOR ORDER OF STAY OF PROCEEDINGS    SFO 356849v1 0080084-000001
Case No. C-07-0206JSW