IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LARRY EDER,

    Plaintiff,

  v.

L. RYAN BRODDRICK,

    Defendant.

                                    /

No. C 07-00206 JSW

**ORDER REQUIRING STATUS REPORTS**

On February 8, 2007, this Court granted the parties' stipulation to stay this action pending resolution of state proceedings. The Court HEREBY ORDERS the parties to submit a joint status report to the Court setting forth the status of those proceedings by August 31, 2007. The Court FURTHER ORDERS the parties to submit a joint status report to the Court every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: August 17, 2007

                                                      JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE