IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LARRY EDER,

    Plaintiff,

    v.

L. RYAN BRODDRICK,

    Defendant.

                                   /

No. C 07-00206 JSW

**ORDER RE STATUS REPORTS**

On August 17, 2007, the Court issued an Order requiring the parties to submit a joint status report by August 31, 2007 and to continue to submit status reports to the Court every 120 days until the stay issued in this case is lifted. The last status report was submitted on March 3, 2008. The parties' joint status report is now overdue. Accordingly, the parties shall submit a *joint* status report to the Court by no later than September 19, 2008, and shall continue to submit status reports every 120 days thereafter until the stay is lifted. Failure to comply with this Order in the future may result in sanctions being imposed.

    **IT IS SO ORDERED.**

Dated: September 12, 2008

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE