James P. Walsh, CSB No. 184620
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
budwalsh@dwt.com

Attorneys for Plaintiffs
ROBERT LARRY EDER, *et al.*

Peter K. Southworth, CSB No. 160522
STATE OF CALIFORNIA ATTORNEY
 GENERAL'S OFFICE
1300 I Street, Suite 1510
Sacramento, CA 94244-2550
Telephone: (916) 445-1685
Facsimile: (916) 327-2319
peter.southworth@doj.ca.gov

Attorneys for Defendants
L. RYAN BRODDRICK, *et al.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LARRY EDER, JUSTIN WESLEY YAGER, and BRYAN D. RANDALL,<br><br>                    Plaintiffs,<br><br>    v.<br><br>L. RYAN BRODDRICK, Director, California Department of Fish and Game; MICHAEL FLORES, President, California Fish and Game Commission; BOB HATTOY, Vice President, California Fish and Game Commission; JIM KELLOGG, Member, California Fish and Game Commission; RICHARD B. ROGERS, Member, California Fish and Game Commission; CINDY GUSTAFSON, Member, California Fish and Game Commission; JOHN CARLSON, JR., Executive Director, California Fish and Game Commission; and JON FISCHER, Assistant Executive Director, California Fish and Game Commission,<br><br>                    Defendants. | No. C-07-0206-JSW<br><br>**STIPULATION OF DISMISSAL AND [**PROPOSED**] ORDER**<br><br>Assigned to the Hon. Jeffrey S. White<br><br>Action Filed: January 10, 2007 |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a) (1).

Dated: March 3, 2009

By: \_\_\_\_/S/ James P. Walsh_____
James P. Walsh
Davis Wright Tremaine LLP

Attorneys for Plaintiffs
ROBERT LARRY EDER, *et al.*

Dated: March 3, 2009

By: \_\_\_\_/S/ Peter K. Southworth_____
Peter K. Southworth
State of California Attorney General's Office

Attorneys for Defendants
L. RYAN BRODDRICK, *et al.*

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that this case is DISMISSED in its entirety, WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees.

Dated: _____March 3_____, 2009

_____
Honorable Jeffrey S. White

STIPULATION OF DISMISSAL & [PROPOSED] ORDER                                      Case No. C 07-0206 JSW
DWT 12485917v2 0080084-000001                        -2-